IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

        Plaintiff,                  1:08 CV 01826 OWW WMW P

   vs.                            ORDER ADOPTING FINDINGS
                                   AND RECOMMENDATION (DOC 6)

SAN FRANCISCO SHERIFF'S DEPT., et al.,

        Defendants.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

        Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Kern Valley State Prison, brings this civil rights action against the Warden and other correctional officials at Kern Valley State Prison. Plaintiff claims that his legal mail was interfered with and the money was taken from his mail by correctional staff.

        The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon

1

which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are case numbers 3:06-cv-05992-SI Smith v. Holm (N.D. Cal.) (dismissed 01/22/2007 for failure to state a claim); 1:07-cv-00509-LJO-SMS Smith v. Scribner (E.D. Cal.) (dismissed 05/04/2007 for frivolousness, maliciousness, and failure to state a claim); 1:06-cv-00310-AWI-NEW (DLB) PC (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim); and 1:07-cv-00531-AWI-SMS Smith v. Social Sec. Admin. Office, Employees (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim).

Here, Plaintiff alleges no conduct indicating that he is in imminent danger of serious physical injury. Plaintiff is therefore not entitled to proceed in forma pauperis.

Accordingly, on February 25, 2009, an order to show cause was entered, directing Plaintiff to show cause why his application to proceed in forma pauperis should not be denied. On April 3, 2009, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied. On April 17, 2009, Plaintiff filed objections. In his objections, Plaintiff contends that he did not have adequate time in the law library. Plaintif also seeks to be released on bail. Plaintiff does not, however, make any showing as to why he should not be denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 3, 2009, are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff is directed to submit, within thirty days of the date of service of this

order, the $350 filing fee for this action in full. Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 11-110 for failure to obey a court order.

IT IS SO ORDERED.

**Dated:  May 13, 2009**　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE